UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

ANGELA A. and WILLIAM M. DEFORD,

    Plaintiffs,

v.

JUDGE EDWARD JOHNSON, *et al.*,

    Defendants.

CASE NO.: 3:17-CV-00695-RCJ-WGC

O R D E R

   The Court has considered the Report and Recommendation of United States Magistrate (ECF No. 4) entered on January 30, 2018, in which the Magistrate Judge recommends the Court grant Plaintiff's IFP application (ECF No. 1), file the Complaint (ECF No. 1-1) and dismiss the Complaint with prejudice. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

   ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF No. 4).

   IT IS HEREBY ORDERED that Plaintiff's IFP Application (ECF No. 1) is GRANTED, the Clerk of the Court shall file the Complaint (ECF No. 1-1).

   IT IS FURTHER ORDERED that the Complaint is DISMISSED WITH PREJUDICE. The Clerk of the Court shall close the case.

   IT IS SO ORDERED this 17th day of April, 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE